IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRI LAY,

    Plaintiff,

vs.

NANCY A. BERRYHILL,

    Defendant.

Civil No. 16-cv-075-JPG-CJP

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Sherri Lay.

**DATED**: 5/24/2017

    **JUSTINE FLANAGAN,**
    **Acting Clerk of Court**

    **BY:** <u>Tina Gray</u>
        **Deputy Clerk**

**Approved:**

*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**